UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ABEL G. ACOSTA SALAZAR,
           Plaintiff,

v.                                                                                    **ORDER**

OFFICER FELICIANO, OFFICER BRAIG,               20 CV 4116 (VB)
CAPTAIN OMESS, and WESTCHESTER
COUNTY,
           Defendants.
--------------------------------------------------------------x

       As discussed at a conference held today, at which counsel for all parties appeared by telephone, it is HEREBY ORDERED:

       1.     By October 8, 2021, the parties shall submit a Joint Pretrial Order, in accordance with Paragraph 4.A of the Court's Individual Practices.

       2.     Also by October 8, 2021, the parties shall file any motions in limine, in accordance with Paragraph 4.B.iii of the Court's Individual Practices.

       3.     Oppositions to motions in limine, if any, are due October 15, 2021.

       4.     By October 22, 2021, the parties shall submit proposed findings of fact and conclusions of law in accordance with Paragraph 4.B.ii of the Court's Individual Practices.

       5.     A final pre-trial conference is scheduled for October 25, 2021, at 10:00 a.m., in Courtroom 620, absent further Court order.

       6.     A bench trial is scheduled to begin on November 1, 2021, at 9:30 a.m., in Courtroom 620.

Dated: September 15, 2021
       White Plains, NY

                                              SO ORDERED:

                                              Vincent L. Briccetti
                                              United States District Judge