UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ABEL G. ACOSTA SALAZAR,
        Plaintiff,

v.

OFFICER FELICIANO, OFFICER BRAIG,
CAPTAIN OMESS, and WESTCHESTER
COUNTY,
        Defendants.
------------------------------------------------------------x

**ORDER OF DISMISSAL**

20 CV 4116 (VB)

      The Court has been advised that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than December 8, 2021. To be clear, any application to restore the action must be filed by December 8, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      The bench trial scheduled for November 1, 2021, is cancelled.

      All other deadlines, scheduled conferences, or other scheduled court appearances are also cancelled. Any pending motions are moot.

      The Clerk is instructed to close the case.

Dated: October 8, 2021
       White Plains, NY

SO ORDERED:

*(signature)*

Vincent L. Briccetti
United States District Judge